UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANDREW J. PHILLIPS-ADDIS,

        Plaintiff,                    Case No. 1:20-cv-710

v.                                        Honorable Paul L. Maloney

KEN MACEACHERN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  August 20, 2020.                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge